IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ALAN ROGGE,<br><br>    Petitioner,<br><br>v.<br><br>R. GROUNDS, et al.,<br><br>    Respondent.<br>_____ | No. C 11-4462 JSW (PR)<br><br>**ORDER OF DISMISSAL**<br><br><br>(Docket No. 2) |

On September 7, 2011, Petitioner, a prisoner of the State of California, filed this pro se habeas petition. That day, the Clerk notified Plaintiff that he had not filed a complaint and that he had neither paid the filing fee nor filed a complete application to proceed in forma pauperis ("IFP"). He was notified that the IFP application was incomplete because it did not include a certificate of funds form or a prisoner trust account statement showing transactions for the last six months. Along with the deficiency notice, the Clerk mailed to Petitioner the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Petitioner was informed that the case would be dismissed if he did not pay the fee or file a completed IFP application, including the certificate of funds form signed and completed by a prison official and the proper account statement, within thirty days. More than thirty days have passed, and no response from Petitioner has been received.

//

1       Accordingly, this case is DISMISSED without prejudice, and the pending
2 incomplete IFP application is DENIED.
3       The Clerk shall enter judgment and close the file.
4       IT IS SO ORDERED.
5 DATED: October 26, 2011
6       _____
      JEFFREY S. WHITE
      United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

DENNIS A ROGGE,

        Plaintiff,

  v.

R GROUNDS et al,

        Defendant.

Case Number: CV11-04462 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis Alan Rogge P-60738
Soledad State Prison
RB-236
P.O. Box 705
Soledad, CA 93960-0705

Dated: October 26, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk